UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION )

In re: TALLEY MULTIDISTRICT LITIGATION )

) No.

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

MOTION FOR TRANSFER OF RELATED ACTIONS FOR CONSOLIDATED OR COORDINATED PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

RESPECTFULLY, Plaintiffs, Kenneth R. Talley, Kristina Karen Talley, and Kurt R. Costello, the undersigned proceeding *pro se*, humbly move this Panel for an order transferring the following related civil actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Plaintiffs show where between 2021 and 2026, eight courts in two states committed 139 documented acts of constitutional and statutory violation against them, see Exhibit H Summary of 139 documented acts - 35+ distinct legal provisions violated - Eight courts - Two states - Six years. The actions involve common questions of fact arising from a continuous, coordinated pattern of conduct spanning two states, eight courts, four levels of the judiciary, and a period of six years. The common questions of fact can only be resolved through a single discovery process before a single judge. The convenience of the parties and witnesses and the just and efficient conduct of the actions require centralization. Plaintiffs argue that the delay in the original district undermines the "just and efficient conduct" reasoning and supports centralization in a district that will actually move the case(s) forward. The actions are: 1. Talley v. Horn, No. 1:23-cv-00982-MN (D. Del.), 2. Talley v. State of Delaware, No. 1:25-cv-00662-MN (D. Del.), and 3. Talley and Costello v. State of Pennsylvania et al., E.D. Pa. No. 2:26-cv-8159-AMP.

Dated: October 26, 2026

REC'D JPML CLERK'S OFC
OCT 29 '26 AM10:35

Respectfully submitted,

By: ______________________________
Kristina Karen Talley, *pro se*
2353 East Cumberland Street
Philadelphia, PA 19125
(215) 694-0834
krissytalley@gmail.com

/s/ Kenneth R. Talley
Kenneth R. Talley, *pro se*
28470 Pocahontas Ave
Millsboro, DE 19966

/s/ Kurt R. Costello
Kurt R. Costello, *pro se*
2353 E. Cumberland Street
Philadelphia, PA 19125
(302) 650-3153
costellokurt@gmail.com